IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF ILLINOIS

08CV5007
JUDGE NORGLE
MAG. JUDGE MASON

ANTHONY McCLURE,
PLAINTIFF,
VS.
SILIS MUHAMMAD, OR THE PRESENT HEAD OF THE
LOST-FOUND NATION OF ISLAM
AND ABU BAKR A.K.A. WILLIE PETTY
DEFENDANTS,

TO BE SUPPLIED BY THE CLERK

RECEIVED
SEP 03 2008
SEP 03 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## CIVIL COMPLAINT

PURSUANT TO BE THE FEDERAL CLAIM UNDER 42 U.S.C. § SECTION 1983 the Plaintiff Anthony McClure, is filing this suit because of his rights that were violated under Equal Protection, First Amendment and Establishment Clause violations and deprived Plaintiff of his rights secured by the Constitution or Laws of the United States.

1. The Plaintiff, Anthony McClure, is presently incarcerated at the Menard Correctional Center P.o. Box 711 Menard, Illinois 62259.

2. The defendants are Silis Muhammad or the present head of the Lost-Found Nation of Islam is presently at 3040 Campbellton, Roads S.W. Atlanta, Georgia 30311, and Minster Abu Bakr A.K.A. Willie Petty defendant in Chicago, Illinois.

1.

3. In the summer of 1984 the Plaintiff Anthony McClure joined the Lost-Found Nation of Islam to change his life from corruption to a life of peace but instead of the practice of the religion the Plaintiff was led into a life of criminal activity and confusion, and they had no respect for the establishment of the religion or the Plaintiff.

4. The Plaintiff Anthony McClure A.K.A. Bilal was under the leadership of the Honorable Silis Muhammad who was the head of temple number #17 in Atlanta, Georgia was responsible for making sure that members of the Lost-Found Nation of Islam to be directed toward religious practice by Ministers and Teachers of the Nation and not criminal activity.

5. The Plaintiff's religious life was condemned by Minister Abu-Bakr A.K.A. Willie Petty, and because of his criminal enterprise it cause the Chicago Police to look for Plaintiff for a crime he didnot commit, and Plaintiff was directed to leave town by Minister Abu Bakr and other members of the Nation, and they wanted him to continue to support their criminal activity by selling drugs in another State, and not say anything to family or friends about his where abouts.

6. In the year of 1985 the Plaintiff Anthony McClure turned himself in to the Detroit Mich. Police Department because of the warrant from the City of Chicago Police for his arrest, and because the Plaintiff was tired of hiding, corruption, and not being able to communicate with his family members and freinds that he knew.

7. After the Plaintiff had been placed in prison by the result of his court trial, the Lost-Found Nation of Islam mailed literature ,book,letters tapes, newspapers, and Holy name and number that is register with the Nation (Bilal 6-1111-93 3:09pm and that members of Nation stated through phone conversations, and messages that Plaintiff were to be free from imprisonment because of the wrong that was placed upon him, and they were to see to it that he return to his family members, friends ,and members who truly practice the religion of the Lost-Found Nation of Islam.

8. The Plaintiff states: Those statements about his freedom never occurred because of Plaintiff's continuous writing over the years until these presented days. He wanted to know why he had to stay in prison for the members who led him into a life of crime instead of religious practice?

9. The Plaintiff life has been damages for the rest of his life, and the lost of family and friends he can not bring back or recover from the stress that he endured for 24 years of imprisonment cause by Abu Bakr A.K.A. Willie Petty and other members who were responsible for Plaintiff imprisonment in Chicago, and the Honorable Silis Muhammad in Atlanta , Georgia done nothing to help restore Plaintiff's life that was damages by criminal activity in that part of the Nation that he was responsible for.

10. The Plaintiff were to be payed restitution 4,years ago but instead he got a letter by Silis Muhammad and The Lost-Found Nation of Islam stating, thank you for your kind words, and for being steadfast in your Nation,the last letter ever received.(January 16, 2004).   (The restitution was to be arranged for the damges that was created in the Plaintiff's)(LIFE)

3.

# FACTS PRESENTED TO THE COURT OF THIS CIVIL COMPLAINT

1. The Plaintiff statemnets of this complaint can be referenced by criminal trial, courts documents, the States Attorney office records, newspapers article, prison master file with the Lost-Found Nation of Islam documents and letters Phone conversations and Police reports concerning the date of arrest.

## DAMAGES

WHEREFORE, Anthony McClure, that the judgement be entered against the named defendants, or the Present unnamed defendant that position might have changed in Atlanta, Georgia and Chicago, that compensatory damages to be awarded in the amount of $20.000.000 , and punitive damages to be awarded in the amount of $10.000.000 for the violation of his constitutional rights, and any such awarding or relief as the court deems proper.

The Plaintiff demands that the case be tried by a jury.

## DECLARATION

PURSUANT TO USC 1746, 18 USC 1621 OR 735 ILCS 5/1-109 I DECLARE, UNDER PENALTY OF PERJURY, THAT EVERYTHING CONTAINED HEREIN IS TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

ANTHONY MCCLURE N00370
MENARD CORRECTIONAL CENTER
P.O. BOX 711
MENARD, ILLINOIS 62859

DATE 8-26-08

*Anthony McClure*

4.

# AFFIDAVIT

STATE OF ILLINOIS
                    SS
COUNTY OF RANDOLPH

I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.

I, ANTHONY McCLURE, AM SENDING THIS CIVIL COMPLAINT OF 42 U.S.C. SECTION 1983 TO THIS COURT WITHOUT COPIES BECAUSE THE LAW LIBRARY IN THIS INSTITUTION IS NOT ADEQUATE ENOUGH FOR INMATES TO HAVE ACCESS TO COURT. BUT WHAT I HAVE DONE MADE ARRANGEMENT WITH THE PRISON INMATES TRUST FUND OFFICE IS TO SEND THE CLERK OF THIS COURT $5.00 FOR FILED STAMPED COPY BACK TO ME BY MAIL. IT WILL TAKE TWO WEEKS for THE CHECK TO ARRIVE BECAUSE THE PRISON PROCESS.

ALSO IS A COPY OF MY FORMA PAUPERIS APPLICATION.

THANK YOU.                SIGNATURE _Anthony McClure_

DATE 8-26-08