MHN

**PRISONER CASE**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### Civil Cover Sheet

**Plaintiff(s):** ANTHONY McCLURE

**Defendant(s):** SILIS MUHAMMAD, etc., et al.

**County of Residence:** RANDOLPH

**County of Residence:**

**Plaintiff's Address:**
Anthony McClure
N-00370
Menard - MND
P.O. Box 711
Menard, IL 62259

**Defendant's Attorney:**

FILED
9-3-2008
SEP - 3 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

08CV5007
JUDGE NORGLE
MAG. JUDGE MASON

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 Prisoner Civil Rights

**Cause of Action:** 42:1983pr

**Jury Demand:** [ ] Yes  [✓] No

**Signature:** /s/

**Date:** 9/3/08