IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

08CV5007
JUDGE NORGLE
MAG. JUDGE MASON

ANTHONY McCLURE,

PLAINTIFF,

VS.

SILIS MUHAMMAD, OR THE PRESENT HEAD OF THE LOST-FOUND NATION OF ISLAM AND ABU BAKR A.K.A. WILLIE PETTY

DEFENDANTS.

IN FORMA PAUPERIS APPLICATION

AND

FINANCIAL AFFIDAVIT

FILED
SEP 0 3 2008
SEP 03 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

APPLICATION TO PROCEED IN FORMA PAUPERIS

I ANTHONY McCLURE, declare that I am the Plaintiff in the above entitled case. This affidavit constitutes my application to proceed without full payment of fee. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to relief sought in the Cpomplaint. I provide the following information UNDER PENALTY OF PERJURY.

1. ANTHONY McCLURE, is presently incarcerated at the Menard Correctional Center P.o. box 711 Menard, Illinois 62259.

2. Plaintiff has no source of income.

3. Plaintiff does not own any real-estate, house apartment, condominiums.

4. Plaintiff does not own any bank accounts, businesses, or self employment, bonds or stocks.

5. Plaintiff is not married or does he owe any child support.

6. Plaintiff is not employed any where.

date 8-26-08                    signature Anthony McClure

1.

# FINANCIAL AFFIDAVIT

STATE OF ILLINOIS
                        SS-
COUNTY OF RANDOLPH

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915 (e) (2) (a), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

I the applicant named herein Anthony Mcclure, N00370, has the sum of $107.00 on my account here at Menard Correctional Center Trust Fund Office, and the Plaintiff is only getting $10.00 per month by the State of Illinois D.O.C. which can be verified by the Trust fund Office.

Plaintiff Anthony McClure N00370, last approved forma pauperis application was by the Circuit Court of County Criminal Division of Illinois May 19 2008.

Date 8-26-08

signature Anthony McClure

2.